UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Sandra M. Snyder
United States Magistrate Judge
Fresno, California

RE: **Shawn M. MURRY**
Docket Number:  1:04CR05293-01
**REQUEST FOR DISMISSAL OF FORM 12C PETITION AND REQUEST FOR TERMINATION OF PROBATION**
And VACATING HEARING of June 21, 2006
At 10:30a.m. before Judge O'Neill

Your Honor:

On May 1, 2006, a Form 12C Petition was filed with the Court alleging the offender failed to complete his 100 hours community service. The probation officer requested a summons be issued for Murry to appear before the Duty Magistrate on June 21, 2006, and the Court concurred. Subsequently, the probation officer made contact with the offender and has confirmed he has completed his community service hours in full.

Murry's term of probation was due to terminate on May 1, 2006. The probation officer respectfully requests the Form 12C Petition filed with the Court on May 1, 2006, be dismissed without prejudice, and the offender's term of probation be terminated.

Respectfully submitted,

/s/ Casey Horner, Sr.

**CASEY HORNER, SR.**
**Senior United States Probation Officer**

Dated:      May 25, 2006
            Modesto, California
            CKH:lr

1

Rev. 03/2005
MEMO-CT.MRG

Re:     Shawn M. MURRY
        Docket Number:   1:04CR05293-01
        <u>**REQUEST FOR DISMISSAL OF FORM 12C PETITION AND REQUEST FOR TERMINATION OF PROBATION**</u>

**REVIEWED BY:**     /s/ Deborah A. Spencer
                    **DEBORAH A. SPENCER**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(XX)  The Court approves the Probation Officer's recommendation, and orders the Form 12C Petition filed on May 1, 2006, be dismissed without prejudice, and Shawn Murry's term of probation be terminated.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Other:

cc:   Stanley A. Boone
      Assistant United States Attorney

      Carrie Leonetti
      Defense Counsel

IT IS SO ORDERED.

**Dated:   June 6, 2006**                    /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE